UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BOBBY PERRY,

    Petitioner,

v.                                                      Case No. 2:08-cv-195
                                                         HON. R. ALLAN EDGAR

GERALD HOFBAUER,

    Respondent.

_____/

**MEMORANDUM AND ORDER**

    Petitioner Bobby Perry, a Michigan state prisoner in the custody of the Michigan Department of Corrections, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. This case was referred to Magistrate Judge Timothy P. Greeley for a report and recommendation.

    On May 20, 2011, Magistrate Judge Greeley submitted his report and recommendation. [Doc. No. 16]. It is recommended that the habeas petition be denied and dismissed with prejudice, and that a certificate of appealablity be denied under 28 U.S.C. § 2253(c)(2). Petitioner Perry has not timely filed any objections to the report and recommendation.

    After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b). The Court concludes that the petition for writ of habeas corpus brought under 28 U.S.C. § 2254 is without merit. The petition shall be **DENIED and DISMISSED WITH PREJUDICE**.

    If petitioner Perry files a notice of appeal, it will be treated as an application for a certificate

of appealability which shall be **DENIED** pursuant to 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1); and *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), for the same reasons expressed in the report and recommendation.  Petitioner Perry has not made a substantial showing of the denial or violation of a right protected under the United States Constitution.  Reasonable jurists could not find it debatable whether the habeas petition has been properly dismissed.

The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(3) and Fed. R. App. P. 24(a) that any appeal from the decision and judgment in this case would be frivolous and not taken in good faith.

A separate judgment will enter.

SO ORDERED.

Dated:  June 10, 2011.


                             /s/    R. Allan Edgar
                              R. ALLAN EDGAR
                         UNITED STATES DISTRICT JUDGE